| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James C. Shields 186836**<br>**21707 Hawthorne Boulevard Suite 204**<br>**Torrance, CA 90503-7010**<br>**310-540-6792 Fax: 310-540-6793**<br>**186836 CA**<br>**James@shieldslaw.net** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Michael Scott Shields**<br><br><br><br><br>Debtor(s) | CASE NO.: 2:22-bk-17077-SK<br>CHAPTER: **7**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☑ Master Mailing List

☑ Other (*specify*)      **Delete Creditors  (See attached)**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      **January  3, 2023**

**Michael Scott Shields**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 1007-1.1.AMENDED.SUMMARY**

1. Amend to delete the following creditors from the bankruptcy case filing:

   - David Scher
   - Michael Saunders
   - Neal Hoffman

2. Amend to add the following creditors onto mailing list / bankruptcy case filing:

   CDC Business Finance
   2448 Historic Decatur Rd. #200
   Tarrytown, NY 10591

   Lois Weiss
   103 River Street
   Tarrytown, NY 10591

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21707 Hawthorne Boulevard Suite 204**
**Torrance, CA 90503-7010**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master**
**Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) __**1/3/2023**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

 **1. Heide Kurtz (TR); email:  trustee@hkurtzco.com**
 **2. US Trustee's Office; email:  ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached
page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __**1/3/2023**__, I served the following persons and/or entities at the
last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 **Honorable Sandra R. Klein**
 **255 E. Temple St., Suite 1582**
 **Los Angeles, CA 90012**

☐ Service information continued on attached
page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January  3, 2023** | **Robert Jaime** | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| Debtor 1 | **Michael Scott Shields** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐  Check if this is an
   amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number | $22,127.00 | Unknown | Unknown |

Priority Creditor's Name
**Insolvency Unit**
**300 N. Los Angeles St., Stop 5022**
**Los Angeles, CA 90012**
Number Street City State Zip Code

When was the debt incurred?    2015 - 2019

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a  community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**941 Payroll taxes**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  **Michael Scott Shields** _____    Case number (if known) _____

| 4.1 | **Amex/Bankruptcy** | **Last 4 digits of account number** | **2814** | **$5,106.00** |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981540**                                        **Opened 02/17  Last Active**
**El Paso, TX 79998**                    **When was the debt incurred?**    **10/21**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                          □ Contingent

□ Debtor 2 only                          □ Unliquidated

□ Debtor 1 and Debtor 2 only             □ Disputed

□ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community**    □ Student loans
**debt**                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                    ■ Other. Specify  **Credit Card** _____

| 4.2 | **Capital One** | **Last 4 digits of account number** | **0463** | **$13,329.00** |

Nonpriority Creditor's Name
**Attn: Bnakruptcy**                                      **Opened 01/16  Last Active**
**P.O. Box 30285**                       **When was the debt incurred?**    **05/21**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                          □ Contingent

□ Debtor 2 only                          □ Unliquidated

□ Debtor 1 and Debtor 2 only             □ Disputed

□ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community**    □ Student loans
**debt**                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                    ■ Other. Specify  **Charge Account** _____

| 4.3 | **CDC Business Finance** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**2448 Historic Decatur Rd. #200**      **When was the debt incurred?**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                          □ Contingent

□ Debtor 2 only                          □ Unliquidated

□ Debtor 1 and Debtor 2 only             □ Disputed

□ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a  community**    □ Student loans
**debt**                                 □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                    ■ Other. Specify  **SBA Loan** _____

Debtor 1    **Michael Scott Shields** _____    Case number (if known) _____

| 4.4 | **Chase Card Services** | Last 4 digits of account number    **0285** | **$24,070.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. 15298**                         When was the debt incurred?    **Opened 07/11 Last Active**
**Wilmington, DE 19850**                                        **9/15/20**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                         □ Contingent

□ Debtor 2 only                         □ Unliquidated

□ Debtor 1 and Debtor 2 only            □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community**    □ Student loans
**debt**                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                   ■ Other. Specify **Credit Card** _____

| 4.5 | **Chase Card Services** | Last 4 digits of account number    **9840** | **$14,449.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. 15298**                         When was the debt incurred?    **Opened 03/19 Last Active**
**Wilmington, DE 19850**                                        **05/21**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                         □ Contingent

□ Debtor 2 only                         □ Unliquidated

□ Debtor 1 and Debtor 2 only            □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community**    □ Student loans
**debt**                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                   ■ Other. Specify **Credit Card** _____

| 4.6 | **Corporate Turnaround** | Last 4 digits of account number | **$40,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**95 N State Rt 17**                     When was the debt incurred?    **2019**
**Paramus, NJ 07652**
Number Street City State Zip Code

**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                         □ Contingent

□ Debtor 2 only                         □ Unliquidated

□ Debtor 1 and Debtor 2 only            □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community**    □ Student loans
**debt**                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                   ■ Other. Specify **Debt Settlement Company**

Debtor 1    **Michael Scott Shields**                                                    Case number (if known)

| 4.7 | **FedEx** | Last 4 digits of account number | **$19,656.00** |

Nonpriority Creditor's Name
P.O. Box 1140
**Memphis, TN 38101-1140**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?        **2018-2021**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Shipping Costs**

---

| 4.8 | **Fundbox** | Last 4 digits of account number | **$8,799.00** |

Nonpriority Creditor's Name
6900 Dallas Parkway, STE 700
**Plano, TX 75024**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Factoring Company**

---

| 4.9 | **Goldman Sachs Bank USA** | Last 4 digits of account number    **2005** | **$2,982.00** |

Nonpriority Creditor's Name

Lockbox 6112
**Philadelphia, PA 19170**
Number Street City State Zip Code
Who incurred the debt? Check one.

When was the debt incurred?        **Opened 02/20  Last Active 05/21**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

Debtor 1   **Michael Scott Shields**                                                    Case number (if known)

| | | |
|---|---|---|
| **4.1 0** | **Kabagge Loan** | **$28,000.00** |

Nonpriority Creditor's Name
**P.O. Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Personal Loan**

---

| | | |
|---|---|---|
| **4.1 1** | **Lois Weiss** | **Unknown** |

Nonpriority Creditor's Name
**103 River Street**
**Tarrytown, NY 10591**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Potential Claim**

---

| | | |
|---|---|---|
| **4.1 2** | **Mona Weiss** | **$617,010.87** |

Nonpriority Creditor's Name
**11300 Somerset Dr. #343**
**North Royalton, OH 44133**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**Last 4 digits of account number**   **N/A**

**When was the debt incurred?**   **2009 - 2022**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Ex-Business partner - Personal Loan, buyout of Truck, Eco Nuts Buyout, credit card debt , medical loan**

---

Debtor 1   **Michael Scott Shields** _____      Case number (if known) _____

| 4.1<br>3 | **Paypal** | **Last 4 digits of account number** _____ | **$12,938.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 660433**
**Dallas, TX 75266**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Paypal Loan** _____

| 4.1<br>4 | **Shopify** | **Last 4 digits of account number** _____ | **$5,466.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**777 S. Alameda St.**
**Los Angeles, CA 90021**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Website fees** _____

| 4.1<br>5 | **Spectrum** | **Last 4 digits of account number** _____ | **$317.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 60074**
**City of Industry, CA 91716**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

**When was the debt incurred?**      **2019** _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Services** _____

Debtor 1  **Michael Scott Shields** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.1 6** | **Synchrony/PayPal Credit** | **Last 4 digits of account number**  6672 | **$3,744.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**                                      **When was the debt incurred?**      **Opened 11/17  Last Active 6/20/21**
**Orlando, FL 32896**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          □ Contingent

□ Debtor 2 only                                          □ Unliquidated

□ Debtor 1 and Debtor 2 only                            □ Disputed

□ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a  community**          □ Student loans

**debt**                                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                                    ■ Other. Specify  **Credit Card**

---

| | | | |
|---|---|---|---|
| **4.1 7** | **The CBE Group** | **Last 4 digits of account number**  7997 | **$22,127.00** |

Nonpriority Creditor's Name
**131 Tower Park, Ste 100**                            **When was the debt incurred?**      **2015-2019**
**PO Box 2217**
**Waterloo, IA 50704**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          □ Contingent

□ Debtor 2 only                                          □ Unliquidated

□ Debtor 1 and Debtor 2 only                            □ Disputed

□ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a  community**          □ Student loans

**debt**                                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                                    ■ Other. Specify  **Collection for 941 payroll taxes**

---

| | | | |
|---|---|---|---|
| **4.1 8** | **US Small Business Administration** | **Last 4 digits of account number**  3670 | **$182,668.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**409 3rd St, Sw**                                     **When was the debt incurred?**      **Opened 9/18/18  Last Active 10/06/21**
**Washington, DC 20416**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          □ Contingent

□ Debtor 2 only                                          □ Unliquidated

□ Debtor 1 and Debtor 2 only                            □ Disputed

□ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a  community**          □ Student loans

**debt**                                                □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes                                                    ■ Other. Specify  **Small Business Loan**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1  **Michael Scott Shields**                                    Case number (if known)

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 22,127.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 22,127.00 |

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,000,661.87 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,000,661.87 |

Michael Scott Shields
409 N. Pacific Coast Hwy. #469
Redondo Beach, CA 90277

James C. Shields
Law Offices of James C. Shields
21707 Hawthorne Boulevard Suite 204
Torrance, CA 90503-7010

US Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

CDC Business Finance
2448 Historic Decatur Rd. #200
San Diego, CA 92106

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Corporate Turnaround
95 N State Rt 17
Paramus, NJ 07652

FedEx
P.O. Box 1140
Memphis, TN 38101-1140

Fundbox
6900 Dallas Parkway, STE 700
Plano, TX 75024

Goldman Sachs Bank USA
Lockbox 6112
Philadelphia, PA 19170

Internal Revenue Service
Insolvency Unit
300 N. Los Angeles St., Stop 5022
Los Angeles, CA 90012

Kabagge Loan
P.O. Box 981535
El Paso, TX 79998-1535

Lois Weiss
103 River Street
Tarrytown, NY 10591

Mona Weiss
11300 Somerset Dr. #343
North Royalton, OH 44133

Paypal
PO Box 660433
Dallas, TX 75266

Shopify
777 S. Alameda St.
Los Angeles, CA 90021

Spectrum
PO Box 60074
City of Industry, CA 91716

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

The CBE Group
131 Tower Park, Ste 100
PO Box 2217
Waterloo, IA 50704

US Small Business Administration
Attn: Bankruptcy
409 3rd St, Sw
Washington, DC 20416