United States Bankruptcy Court

Central District of California

In re:    Case No. 22-17077-SK
Michael Scott Shields    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 2
Date Rcvd: Apr 10, 2023    Form ID: 318a    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Scott Shields, 409 N. Pacific Coast Hwy. #469, Redondo Beach, CA 90277-2870 |
| 41392916 | | CDC Business Finance, 2448 Historic Decatur Rd #200, Tarrytown, NY 10591 |
| 41390227 | + | Corporate Turnaround, 95 N State Rt 17, Paramus, NJ 07652-2626 |
| 41390229 | | FedEx, P.O. Box 1140, Memphis, TN 38101-1140 |
| 41390230 | + | Fundbox, 6900 Dallas Parkway, STE 700, Plano, TX 75024-7188 |
| 41390233 | | Kabagge Loan, P.O. Box 981535, El Paso, TX 79998-1535 |
| 41411191 | ++ | LOIS M WEISS, 103 RIVER STREET, SLEEPY HOLLOW NY 10591-2472 address filed with court:, LOIS M WEISS, 103 River Street, Sleepy Hollow, NY 10591 |
| 41392361 | + | Lois Weiss, 103 River Street, Tarrytown, NY 10591-2472 |
| 41390235 | + | Mona Weiss, 11300 Somerset Dr. #343, North Royalton, OH 44133-2675 |
| 41390237 | | Paypal, PO Box 660433, Dallas, TX 75266 |
| 41390238 | + | Shopify, 777 S. Alameda St., Los Angeles, CA 90021-1657 |
| 41390241 | + | The CBE Group, 131 Tower Park, Ste 100, PO Box 2217, Waterloo, IA 50704-2217 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 11 2023 03:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 11 2023 03:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Apr 11 2023 00:00:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41390224 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 00:04:42 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 41390225 | + | EDI: CAPITALONE.COM | Apr 11 2023 03:49:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 41390231 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 11 2023 00:00:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 41390232 | + | EDI: IRS.COM | Apr 11 2023 03:49:00 | Internal Revenue Service, Insolvency Unit, 300 N. Los Angeles St., Stop 5022, Los Angeles, CA 90012-3478 |
| 41390226 | | EDI: JPMORGANCHASE | Apr 11 2023 03:49:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 41411191 | | Email/Text: LMWeiss@ix.netcom.com | Apr 11 2023 00:00:00 | LOIS M WEISS, 103 River Street, Sleepy Hollow, NY 10591 |
| 41392361 | + | Email/Text: LMWeiss@ix.netcom.com | Apr 11 2023 00:00:00 | Lois Weiss, 103 River Street, Tarrytown, NY 10591-2472 |

Case 2:22-bk-17077-SK    Doc 17    Filed 04/12/23    Entered 04/12/23 21:23:46    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: 318a | Total Noticed: 24 |

| 41390239 | + Email/Text: dl-csgbankruptcy@charter.com | Apr 11 2023 00:01:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
|---|---|---|---|
| 41390240 | + EDI: RMSC.COM | Apr 11 2023 03:49:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 41390242 | + Email/Text: bankruptcynotices@sba.gov | Apr 11 2023 00:00:00 | US Small Business Administration, Attn: Bankruptcy, 409 3rd St, Sw, Washington, DC 20416-0005 |
| 41390223 | + Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | Apr 11 2023 00:01:00 | US Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heide Kurtz (TR) | trustee@hkurtzco.com  C169@ecfcbis.com |
| James C Shields | on behalf of Debtor Michael Scott Shields enotice@shieldslaw.net  robert@shieldslaw.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael Scott Shields** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx−xx−1797** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **2:22−bk−17077−SK**

## Order of Discharge – Chapter 7                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Scott Shields
faw Eco Nuts, Inc.

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/10/23


**Dated:** 4/10/23                                            **By the court:** Sandra R. Klein
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

                                                                         **15/AUTU**
                                                    **For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**